1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 N. Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8        **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9  MARY APRIL HERNANDEZ,                         CASE NO. 2:12-CV-02605-KJN

10                Plaintiff,                     **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

11  vs.

12  CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,
13
                  Defendant.
14  _____/

15        IT IS HEREBY STIPULATED by and between the parties, through their respective

16  undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to

17  Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby

18  extended from the present due date of July 15, 2013, by thirty days, to the new response date of

19  August 14, 2013.  This extension is requested because Plaintiff has a particularly heavy briefing

20  schedule this month.

21  DATED: July 15, 2013

22                                              BENJAMIN B. WAGNER
                                                United States Attorney
23                                              DONNA L. CALVERT
                                                Acting Regional Chief Counsel
24
    */s/ Ann M. Cerney*                         */s/ Carolyn B. Chen*
25  ANN M. CERNEY                               CAROLYN B. CHEN,
    Attorney for Plaintiff                      (As authorized via E-mail on July 16, 2013)
26                                              Special Assistant U S Attorney
                                                Attorneys for Defendant
27

28
                                              1
    STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY
                                            JUDGMENT

1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 N. Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8          **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                   —o0o—

10 MARY APRIL HERNANDEZ,                      CASE NO. 2:12-CV-02605-KJN

11         Plaintiff,                         **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO**
12 vs.                                        **DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT
13 CAROLYN W. COLVIN,
   Acting Commissioner of Social Security,
14
           Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested extension of

17 Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is

18 hereby APPROVED.

19     Plaintiff shall file her reply on or before August 14, 2013.

20     IT IS SO ORDERED.

21 DATED:  July 18, 2013

22
                                              _____
23                                            KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28
                                              2
   STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY
                                         JUDGMENT